IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MITINA GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-0234-RAH-JTA |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND FINAL JUDGMENT

On June 2, 2026, the Magistrate Judge entered a Recommendation to which no objections have been filed. (Doc. 16.) Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Recommendation (Doc. 16) is **ADOPTED**;

2. The case is **DISMISSED** without prejudice;

3. No costs are taxed; and,

4. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

**DONE** on this the 22nd day of June 2026.

_____

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE